98 OCT 29 PM 2:47

CLERK U.S. DIST. CT.
S.D. OF FLA. - FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BEVERLY LEVINE, et al.

CASE NO.: 98-6306-CIV-DIMITROULEAS
Magistrate Judge Bandstra

Plaintiffs,

vs.

NATIONSBANK, N.A.,
a national association

Defendant.
______________________/

## CONSENT TO BECOME PARTY PLAINTIFF

I have been notified that the Court has authorized this lawsuit, filed by past and present employees of NationsBank N.A. to recover overtime wages, to become a collective action and that I am eligible to join those employees as a Plaintiff in that lawsuit.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiffs as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' attorneys concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiffs have entered into a Contingency Fee Agreement with the law firms of MUCHNICK, WASSERMAN & DOLIN and BOIES & SCHILLER, L.L.P. which apply to all Plaintiffs who join in this lawsuit. If I join in the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery by judgment or settlement against NationsBank in this action; and that **if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs**. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting same from the attorneys.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the Court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.



625

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

**I hereby consent to join in this lawsuit.**

SIGNATURE

DATE: 10/14/98

**PLEASE PRINT OR TYPE THE INFORMATION BELOW:**

NAME: Barry J Cohen

STREET NAME & NO. 4124 Creswell Terrace

CITY, STATE& ZIP CODE Hampstead, MD 21074

PHONE NUMBERS WHERE YOU CAN BE REACHED:

DAY: 410 239-8889

EVENING: 410-239-8889